IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN RE: WAL-MART ATM FEE NOTICE LITIGATION<br><br>MDL No. 2234 | ) ) ) ) ) ) No. 2:11-md-02234-JPM-dkv ) ) ) ) ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the Transfer Order (ECF No. 1), filed June 2, 2011,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Summary Judgment (ECF No. 159) filed April 28, 2014, all claims by Plaintiffs against Defendants are hereby DISMISSED WITH PREJUDICE.

APPROVED:


/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE

April 28, 2014
Date